JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-00217 AG (RNBx)** | Date | February 15, 2011 |
|---|---|---|---|
| Title | GRE DEVELOPMENT, INC. v. JENNIFER MOSER | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:          [IN CHAMBERS] ORDER REMANDING CASE**

Plaintiff GRE Development, Inc. ("Plaintiff") filed this case for unlawful detainer in state court. Defendant Jennifer Moser ("Defendant") then filed a Notice of Removal, which removed this case from state to federal court. This Court remanded the case for lack of federal jurisdiction. Defendant now filed a second Notice of Removal. The case was initially assigned to Judge Josephine Tucker and then transferred to this Court.

This repeated removal is improper. Defendant fails to present new reasons why the case should be removed to federal court. Defendant is not allowed to impede the state court judicial process by repeatedly removing the same case. If Defendant removes this case again without demonstrating good cause, the Court will consider issuing monetary or other sanctions against Defendant.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-00217 AG (RNBx)** | Date | February 15, 2011 |
| --- | --- | --- | --- |
| Title | GRE DEVELOPMENT, INC. v. JENNIFER MOSER | | |